■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR MEJIA, Appellant. [36 NYS3d 609]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Cohen, J.), rendered June 2, 2014, convicting him of assault in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the mandatory surcharge imposed at sentencing should be waived is unpreserved for appellate review (*see People v Ruz*, 70 NY2d 942, 943 [1988]; *People v Norelius*, 140 AD3d 799 [2016]), and, in any event, without merit (*see* CPL 420.35 [2]; *People v Norelius*, 140 AD3d at 799; *People v Bones*, 52 AD3d 522, 523 [2008]). Hall, J.P., Austin, Miller and Maltese, JJ., concur.